UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  10/23/2019          │
└─────────────────────────────────┘
```

DANIEL KIASHEK,

                             Plaintiff,

                 -against-

FIRST REPUBLIC BANK,

                            Defendant.

19 Civ. 4482 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 28, 2019, this case was referred to the Southern District of New York's Alternative Dispute Resolution program for mediation, pursuant to a standing administrative order that includes discovery protocols "intended to frame issues for resolution through mediation and to assist the parties in planning for additional discovery in the event the case is not promptly resolved through mediation." ECF No. 13. In order to allow the mediation scheduled for December 11, 2019, to take place in advance of any initial pretrial conference, and light of the referral of this case to the Honorable Debra C. Freeman for general pretrial purposes, it is hereby ORDERED that the initial pretrial conference scheduled for October 24, 2019, is ADJOURNED *sine die*.

         SO ORDERED.

Dated: October 23, 2019
        New York, New York

                                        ANALISA TORRES
                              United States District Judge